FILED
AUG 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8762

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v<br>Veronica AGUILAR-Balderrama,<br>Defendant. | Magistrate Case No.:<br>COMPLAINT FOR VIOLATION OF<br>Title 8, U. S.C. § 1326<br>Attempted Entry after Being Ordered Deported/Removed |

The undersigned complainant, being duly sworn, states:

On or about August 21, 2008, within the Southern District of California, the defendant Veronica AGUILAR-Balderrama, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e., conscious desire, to enter the United States at the Calexico Port of Entry, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts which is incorporated herein by reference.

Merced E. Hernandez, CBP Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22ND DAY OF AUGUST 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Veronica AGUILAR-Balderrama

STATEMENT OF FACTS

The complainant states that this complaint is based upon the arrest reports of the apprehending officers and the investigation report submitted by Customs and Border Protection Officer Merced E. Hernandez.

On August 21, 2008, at approximately 4:00 a.m., the defendant Veronica AGUILAR-Balderrama arrived at the Calexico, California, West Port of Entry. AGUILAR stated to Officer J. Martinez she was a United States citizen born in El Centro, CA. AGUILAR had no identification to support her claim. Officer Martinez suspected fraud and escorted the defendant to the Pedestrian Secondary office for further inspection.

Records checks revealed AGUILAR had previously been deported. AGUILAR is an alien, native and citizen of Mexico with no legal documents to enter, pass through, reside or be employed in the United States.

AGUILAR was advised of her rights per Miranda. AGUILAR stated she understood her rights and was willing to answer questions without the presence of an attorney. AGUILAR stated she had no documents to legally reside in the United States. AGUILAR admitted previously being deported.

Records indicate AGUILAR was last deported/removed to Mexico on April 3, 2006, via the San Ysidro, CA Port of Entry. Immigration records indicate AGUILAR has not applied for or obtained the authorization of the Attorney General of the United States or the Secretary of the Department of Homeland Security to

reapply for admission to enter into the United States.